**UNITED STATES DISTRICT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 21-mj-00686 |
| | ) | |
| **LUCAS DENNEY,** | ) | |
| | ) | **NOTICE OF ERRATA** |
| Defendant. | ) | |

The Defendant Lucas Denny ("Defendant") respectfully submits this Notice of Errata, to its Motion for Admission *Pro Hac Vice* of William L. Shipley, which was filed on March 2, 2022, as Docket No. 17, in order to correct an inadvertent omission. Due to an oversight, the declaration of William L. Shipley did not include an original ink signature which is required by this Court. A corrected declaration of William L. Shipley, with an original ink signature is attached hereto as this and incorporated herein by reference. Defendant apologizes for this error.

Dated: March 2, 2022        /s/ John M. Pierce
                                                    John M. Pierce
                                                    21550 Oxnard Street
                                                    3d Floor, PMB#172
                                                    Woodland Hills, CA 91367
                                                    Tel: (213) 279-7846
                                                    Email: jpierce@johnpiercelaw.com

                                                    *Attorneys for Defendant Lucas Denney*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 18, 2021, this motion and the accompany declaration was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

/s/ John M. Pierce
John M. Pierce