UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

V.

Case No. 1:22-cr-00070 (RDM)

LUCAS DENNEY,
Defendant

LET IT BE FILED
*(signature)* Randolph D. Moss
USDJ
2/21/25

**MOTION**

## TO DISMISS THE CASE, INDICTMENT, AND ALL UNINDICTED CHARGES WITH PREJUDICE

I respectfully submit this motion to the honorable court.

The defendant in this case, Mr. Denny, received a PRESIDENTIAL PARDON AND COMMUTATION on January 20th, 2025. Namely, an Executive Order entitled, "Granting Pardons and Commutations of Sentences for Certain Offenses Relating to the Events at or Near the United States Capitol on January 6th, 2021.

For the above listed reasons, this case docket should reflect Dismissed with Prejudice AND ALL charges dropped. (See enclosed documents)

*Karen R. Saffron, 2/16/25*
Signature, Pro Se Litigant

3243 Blundell Road
Falls Church, Virginia 22042